UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC AND YOUTUBE LLC,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>IPVALUE MANAGEMENT INC,<br><br>　　　　Defendant(s). | No. C11-80016 MISC RS (BZ)<br><br>**FIRST DISCOVERY ORDER** |

　　Judge Seeborg has referred this matter to me.  **IT IS THEREFORE ORDERED** that a telephone conference to discuss this dispute is scheduled for **Thursday, February 3, 2011 at 10:00 a.m.**  Counsel for all interested parties shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call. Any interested party may file a letter no more than two pages setting forth its position on the dispute.  Among other things, the parties should be prepared to discuss whether this dispute should be transferred to the District of Delaware where the underlying litigation is pending.

　　Plaintiffs shall serve this Order on all interested

1

1 | parties immediately.
2 | Dated:   January 28, 2011
3 | _____
  | Bernard Zimmerman
4 | United States Magistrate Judge

G:\BZALL\-REFS\GOOGLE V. IP VALUE\DISC 1 ORD.wpd

2