UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC. AND YOUTUBE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>IPVALUE MANAGEMENT INC.<br><br>Defendants. | CASE NO. 3:11-mc-80016-RS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE DOCUMENTS UNDER SEAL |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL

1     Plaintiffs Google Inc. and YouTube LLC have submitted an administrative
2 request to seal those portions of the letter brief filed pursuant to the Court's
3 January 28, 2011 Order (D.I. 10.) that reference the previously-sealed exhibits B,
4 C and D attached to the Declaration of Eugene Novikov (D.I. 8) in Support Of
5 Google and YouTube's Motion To Compel Production of Documents from Third
6 Party IPValue Management Inc. (D.I. 5).  :

7     Having considered Google and YouTube's request, and good cause
8 appearing, the Court hereby **GRANTS** Google and YouTube's Miscellaneous
9 Administrative Request to File Documents Under Seal and **ORDERS** the portions
10 of the Motion disclosing the contents of Exhibits B, C and D to the
11 previously-filed Declaration of Eugene Novikov (D.I. 8.)

12     IT IS SO ORDERED.

15 DATED: 3 Feb '11

17 The Honorable Bernard Zimmerman
United States Magistrate Judge

---

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL