UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC AND YOUTUBE LLC,

       Plaintiff(s),

  v.

IPVALUE MANAGEMENT INC,

       Defendant(s).

No. C11-80016 MISC RS (BZ)

**SECOND DISCOVERY ORDER**

Following a telephone conference in which various interested parties were represented by counsel, **IT IS ORDERED** as follows:

    1.  Counsel for Google and IPValue shall meet prior to **February 11, 2011** to try to resolve or narrow their discovery disputes according to the views expressed by the Court.

    2.  If they are unsuccessful, IPValue shall file an opposition to Google's motion by **February 25, 2011**.  Google shall file its reply by **March 4, 2011**.  The Court will

///

///

///

1

schedule a hearing if it deems one necessary.

Dated: February 3, 2011

```
                    _____
                         Bernard Zimmerman
                    United States Magistrate Judge
```

G:\BZALL\-REFS\GOOGLE V. IP VALUE\DISC 2 ORD.wpd