QUINN EMANUEL URQUHART & SULLIVAN, LLP
CHARLES K. VERHOEVEN (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
DAVID A. PERLSON (Bar No. 209502)
  davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

ANDREA PALLIOS ROBERTS (Bar No. 228128)
  andreaproberts@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Google Inc. and YouTube LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE, INC., and YOUTUBE, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>IPVALUE MANAGEMENT INC.,<br><br>Defendant. | Case No. C11-80016 MISC RS (BZ)<br><br>**STIPULATION TO EXTENSION OF TIME FOR GOOGLE INC. TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS; AND [PROPOSED] ORDER** |

1
2    WHEREAS, pursuant to this Court's February 28, 2011 Order (Dkt no. 17),
3 Google Inc.'s Reply in support of its Motion to Compel Documents is due on or before March
4 11, 2011, and
5    WHEREAS, Google requests an extension of time beyond the date imposed by
6 the Court to file its Reply, and IPValue does not oppose.
7    NOW THEREFORE, the parties hereto, by and through their respective counsel
8 of record, stipulate and agree to the following:
9    1.   Google's Reply in support of its Motion to Compel Documents shall be
10 due on or before March 15, 2011.
11 **IT IS SO STIPULATED.**
12
13 Dated: March 10, 2011                MCMAHON SEREPCA LLP
14
15
16                                       _____
                                        Peter C. McMahon, Esq.
17                                      Attorneys for Third Party
                                        IPVALUE MANAGEMENT, INC.
18
19
20
21 Dated: March 11, 2011                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
22
23
24                                      _/s/ Andrea Pallios Roberts_____
                                        Andrea Pallios Roberts, Esq.
25                                      Attorneys for Google, Inc. and YouTube, LLC
26
27
28

01980.51645/4007732.1         STIPULATION TO EXTENSION AND [PROPOSED] ORDER

## DECLARATION IN SUPPORT OF STIPULATION

I, Andrea Pallios Roberts, declare as follows:

1. I am an attorney authorized to practice law in the State of California. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Google Inc. in this matter. I have personal knowledge of the facts set forth herein, and, if called upon to testify, could and would competently testify thereto.

2. The Court ordered a teleconference between the parties for February 3, 2011. Thereafter, the Court ordered the parties to meet and confer, and if they could not resolve their disputes for IPValue Management, Inc. to file its opposition on February 25, 2011. Google did not oppose IPValue's February 25 request for a one-week extension of time to file its opposition.

3. Google now requests a two-business day extension of time to file its Reply in support of its Motion to Compel Documents because during the week Google had to draft its Reply, one of its attorneys was ill and I was out of the office to attend the funeral of a family member. Neither event was foreseen when the parties executed the February 25 stipulation.

4. Google has not previously requested an extension of time to file its Reply. The requested extension is very brief, only two business days, and would not significantly affect any schedule for this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Redwood Shores, California on March 11, 2011.

_/s/ Andrea Pallios Roberts_
Andrea Pallios Roberts

01980.51645/4007732.1    STIPULATION TO EXTENSION AND [PROPOSED] ORDER

3

## ORDER

**PURSUANT TO THE ABOVE STIPULATION AND GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED** that the date for Google Inc. to file its reply in support of its Motion to Compel Production of Documents shall be extended from March 11, 2011, to March 15, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March ___, 2011

Bernard Zimmerman
United States Magistrate Judge